```
Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiffs,
MICHAEL HAHKA, et al.
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
MAY 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAHKA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NEW WEST TRANSPORTATION, INC., et al., <br><br> Defendants. | CASE NO. CV 05-7117 PLA <br> (Western Division) <br><br> Hahka I <br><br> Priority ___ <br> Send ✓ <br> Enter ___ <br> Closed ___ <br> JS-5/JS-6 ___ <br> JS-2/JS-3 ___ <br> Scan Only ___ |
| MICHAEL HAHKA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NEW WEST TRANSPORTATION, INC. et al., <br><br> Defendants. | **CONSOLIDATED WITH:** <br><br> CASE NO. EDCV 06-0974 PLA <br> (Eastern Division) <br><br> Hahka II <br><br> [~~PROPOSED~~] ORDER AND JUDGMENT ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

Pursuant to the Order On Preliminary Approval Of Class Action Settlement filed herein February 14, 2007, a Final Approval Hearing was held at 9:00 a.m. on May 22, 2007 in Courtroom G of this Court. Plaintiff, individually and on behalf of all others similarly situated (collectively "plaintiffs"), appeared at the hearing by

1 telephone through class counsel, Jerry Budin.  Defendant New West
2 Transportation, Inc., appeared at the hearing in person by counsel
3 Geoffrey DeBoskey of Sheppard, Mullin, Richter & Hampton.  The case
4 was called at the hearing and the Court inquired whether anyone
5 else in the courtroom was present to participate in the hearing.
6 There was no response to this inquiry.  The Court then inquired of
7 counsel whether they expected anyone to appear at the hearing.
8 Both counsel responded in the negative.

    Having considered Plaintiff's Memorandum Of Points And Authorities and Class Counsel's Declaration In Support Of Final Approval Of Class Action Settlement and the papers previously filed herein, the Court makes the following Findings:

    1.  No class member or interested individual appeared personally at the time and place for the Final Approval Hearing (May 22, 2007, 9:00 a.m., Courtroom G) which was contained in the Notice Of Proposed Class Action Settlement And Fairness Hearing.

    2.  The Court finds that notice to the class was the best practicable under the circumstances *and* was satisfied and timely mailed as previously ordered by the Court.

    3.  The Court finds that the consideration for the proposed settlement is fair, adequate, and reasonable.

    4.  The Court finds that there were no objections to or requests for exclusion from the proposed settlement.

    5.  The Court finds that the settlement was not collusive, and that the parties have engaged in sufficient discovery to understand the strengths and weaknesses of their own and their opponent's cases.

    6.  The Court finds that the lawyers representing all

parties were competent and experienced counsel, and that no party has been subjected to any undue influence in reaching the settlement.

7. The Court finds that the attorney's fees and costs requested by Class Counsel, Jerry Budin, in the total sum of $22,612.68 are fair and reasonable.

8. The Court finds that the formula for disbursement of the settlement proceeds to the Class and the procedure for administration of that disbursement as set forth in the Stipulation And Settlement Agreement are fair, adequate and reasonable.

9. The Court finds that a payment of $5,000.00 to Class Representative Michael Hahka for his efforts and services on the behalf of the Class in this litigation is fair and reasonable.

10. The Court finds that the Settlement Class members are similarly-situated and meet the requirements for certification of a class action under F.R.C.P. 23 and as a collective action under 29 U.S.C. §216(b). In particular, the Court finds that the proposed Settlement Class satisfies the numerosity requirement of F.R.C.P. 23 in that (a) some members of the proposed class reside outside the boundaries of this Court, (b) it appears that without the benefit of a class settlement, members of the proposed class do not have the ability to maintain individual actions to redress the alleged non-payment of overtime wages under the FLSA and (c) the benefits of a class settlement outweigh any issues with respect to the small number of putative class members.

IT IS HEREBY ADJUDGED AND ORDERED that:

1. The Stipulation And Settlement Agreement Of Class Action Claims is approved in full;

2.   Defendant New West Transportation, Inc., shall pay attorneys fees and costs in the total sum of $22,612.68 to class counsel, Jerry Budin, pursuant to the procedures set forth in the Stipulation;

3.   Defendant New West Transportation, Inc., shall make payments to the Settlement Class members pursuant to the procedures and formulas set forth in the Stipulation And Settlement Agreement;

4.   Defendant New West Transportation, Inc., shall make a payment of $5,000.00 to Class Representative Michael Hahka for his efforts and services on behalf of the Class in this litigation;

5.   This Court shall retain jurisdiction over this matter and the parties for the purpose of enforcing compliance with said Stipulation And Settlement Agreement;

6.   Upon defendant New West Transportation's satisfaction of its obligations under said Stipulation And Settlement Agreement and the payment of all sums pursuant thereto, plaintiff's counsel shall notify the court, whereupon this matter shall be dismissed with prejudice.

DATED: 5/22/07

_____
PAUL L. ABRAMS
UNITED STATE MAGISTRATE JUDGE

**PROOF OF SERVICE BY MAIL**
**(1013a, 2015.5, C.C.P.)**

I am a resident of the United States and employed in Stanislaus County. I am over the age of eighteen years and not a party to the within cause. My business address is 2401 E. Orangeburg Ave., Ste. 675-309, Modesto, California 95355.

On May 8, 2007, I served the within

**[PROPOSED] ORDER AND JUDGMENT ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Modesto, California, addressed as follows:

David B. Chidlaw, Esquire
Sheppard, Mullin, Richter & Hampton
501 West Broadway, 19th Floor
San Diego, California 92101-3598

Geoffrey D. DeBoskey, Esquire
Sheppard, Mullin, Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2007, at Modesto, California.

_____
JERRY BUDIN

PROOF OF SERVICE BY MAIL (1013a, 2015.5, C.C.P.)